## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

NORTHWEST IOWA TELEPHONE COMPANY, COMMCHOICE OF IOWA, L.L.C., and LONG LINES METRO, L.L.C.,

    Plaintiff,

vs.

QWEST CORPORATION,

    Defendant.

No. 04-CV-4053-DEO

**JUDGMENT IN A CIVIL CASE**

**JURY VERDICT:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that plaintiffs Northwest Iowa Telephone Company, CommChoice of Iowa LLC, Long Lines Metro LLC, take nothing from defendant Qwest Corporation. Costs are taxed against plaintiffs, Northwest Iowa Telephone Company, CommChoice of Iowa LLC, Long Lines Metro LLC.

**IT IS FURTHER ORDERED AND ADJUDGED** that counter claimant Qwest Corporation was found by the jury to have proven that it overpaid counter defendants. However, the jury awarded $0.00 to compensate for the overpayment. Counter claimant Qwest Corporation shall take nothing from counter defendants, Northwest Iowa Telephone Company, CommChoice of Iowa LLC, Long

Lines Metro LLC. Costs are taxed against counter defendants, Northwest Iowa Telephone Company, CommChoice of Iowa LLC, Long Lines Metro LLC.

**APPROVED AS TO FORM:**

_Donald E O'Brien_
DONALD E. O'BRIEN
Senior Judge

July 26, 2006

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

Date 7-26-06